NO. 07-03-0006-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

AUGUST 18, 2003

______________________________

IN THE MATTER OF THE MARRIAGE OF

OPAL JEANETTE REILMAN AND LARRY JOSEPH REILMAN

_________________________________

FROM THE 69
TH
 DISTRICT COURT OF HARTLEY COUNTY;

NO. 4028H; HONORABLE RON ENNS, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS, J. and BOYD, S.J.
(footnote: 1)
MEMORANDUM OPINION

Pending before this Court is appellant’s motion to dismiss his appeal.  Appellant has conferred with appellee and there is no objection.  Tex. R. App. P. 42.1.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

John T. Boyd

     Senior Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.